UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARCOS MEDINA, *on behalf of himself and all other persons similarly situated,*

                          Plaintiff,

     -against-

BUTERA'S FORNO, INC., MARTIN BUTERA, GARY BUTERA, and NICHOLAS ZOGRAFOS,

                          Defendants.
-------------------------------------------------------------------X

**ORDER**

24-CV-2604 (SIL)

**STEVEN I. LOCKE, United States Magistrate Judge:**

On November 26, 2024 in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law, N.Y. Lab. Law § 190 *et seq.* and § 650 *et seq.*, Plaintiff Marcos Medina and Defendants Butera's Forno, Inc., Martin Butera, Gary Butera, and Nicholas Zografos submitted a joint motion seeking approval of a Settlement Agreement and Release (the "Settlement Agreement").[1] *See* Docket Entry ("DE") [17]. On December 2, 2024, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). DE [18].

Having reviewed the parties' joint submission in support of their application and considered the parties' representations at oral argument, the Court finds that the Settlement Agreement's terms are fair and reasonable. *See Cheeks*, 796 F.3d at 206; *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c). *See* DE [16].

2

that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable).  Accordingly, and for the reasons set forth on the record, the Settlement Agreement is approved, and this action is dismissed with prejudice.

Dated:   Central Islip, New York         **SO ORDERED**
         December 2, 2024

         /s/ Steven I. Locke
         STEVEN I. LOCKE
         United States Magistrate Judge